**Motion Granted; Judgment Set Aside, Case Remanded, Appeal Dismissed and Memorandum Opinion filed October 22, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00448-CV

## EISENHAUER ROAD FLEA MARKET, INC., Appellant

## V.

## MORGAN ELITE SPECIALIST SERVICES, LLC, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-254170**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 23, 2020. On October 1, 2020, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits, remand the case to the trial court for rendition of a judgment

in accordance with the parties' agreement, and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

Accordingly, the trial court's judgment is set aside without regard to the merits and the case remanded to the trial court for rendition of a judgment in accordance with the parties' agreement. The appeal is dismissed.

Appellee's motion to extend time to file a reply brief is moot.


PER CURIAM


Panel consists of Justices Christopher, Jewell, and Zimmerer.